Filed 4/28/98 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

1998 ND 81

State of North Dakota,                    Plaintiff and Appellee

       v.                                                        

Narcise Black Cloud,                     Defendant and Appellant

Criminal No. 970325

Appeal from the District Court for Burleigh County, South Central Judicial District, the Honorable William F. Hodny, Judge.

AFFIRMED.

Per Curiam.

Leann K. Bertsch, Assistant State's Attorney, 514 East Thayer Avenue, Bismarck, N.D. 58501, for plaintiff and appellee.

Wayne D. Goter, 723 Memorial Highway, Bismarck, N.D. 58502-1552, for defendant and appellant. 

State v. Black Cloud

Criminal No. 970325

Per Curiam.

[¶1] Narcise Black Cloud appeals from the trial court's judgment of conviction entered after a six-person jury found him guilty of driving under the influence of alcohol.  Black Cloud claims he was denied his right to a speedy trial.  Black Cloud also claims the evidence was not sufficient to sustain the verdict.  We summarily affirm the criminal judgment. Rule 35.1(a)(3) and (7), N.D.R.App.P.; 
State v. Murchison
, 541 N.W.2d 435 (N.D. 1995).

[¶2] Gerald W. VandeWalle, C.J.

William A. Neumann

Mary Muehlen Maring

Herbert L. Meschke

Dale V. Sandstrom